425 A.2d 841

Commonwealth v. Moore W., Appellant.

Submitted September 12, 1979. Joseph T. Murphy, Jr., for appellant; Franklin Noel, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence of the lower court is hereby affirmed.

425 A.2d 841

Commonwealth v. Tarrant, Appellant.

Submitted September 15, 1978. Burton A. Rose, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.